# UNITED STATES DISTRICT COURT
for the

LINDA PENKUL

*Plaintiff(s)*

v.

Department of Education
Federal Student Aid

*Defendant(s)*

Case: 1:19-cv-00703
Assigned To : Unassigned
Assign. Date : 3/11/2019
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Department of Education's Federal Student Aid Ombudsman
830 First St N.E.
Washington DC. 20202-5144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE Department of Education Federal St Aid ombudsman.
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Department of Education Federal Student Aid, who is designated by law to accept service of process on behalf of *(name of organization)* FSA ombudsman. 830 1st St N.E. Washington DC. 20202-5144 on *(date)* 3/7/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: U.S. postal certified mail return receipt.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/7/2019

*Server's signature*

_____ BA M.SC.
*Printed name and title*
LINDA PENKUL BA M.SC.

*Server's address*
38 New Bridge Rd.
Lisa New ME 04037

Additional information regarding attempted service, etc: