

MAINE

DRIVER'S LICENSE

Multi—Purpose Secure License/Identification Card

1 PENKUL
2 LINDA M
438 NEW BRIDGE ROAD
LEBANON, ME 04027

dl 2824302
4b ISSUED        4b EXPIRES
12/14/2016       12/28/2022
16 GENDER  14 HEIGHT  17 WEIGHT
F          5'07"     165

9 CLASS C,
12 REST  B

_Lynn Penkul_ 3/7/2019

 # Social Security Administration

Date: March 04, 2019
BNC: 19BI844G27778
REF: DI

LINDA M PENKUL
38 NEW BRIDGE RD
LEBANON ME 04027-3716

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**
Beginning April 2019, the current Supplemental Security Income payment is $566.00 .

This is after we have withheld $12.90 to recover an overpayment.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

**Type of Supplemental Security Income Payment Information**
You are entitled to monthly payments as a disabled individual .

**Date of Birth Information**
The date of birth shown on our records is December 28, 1961.

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 877-253-4715. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 1450
110 MAIN ST
SACO, ME 04072

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

_Linda Penkul_  3/4/2019

*third party -*
*Income verification*
19

*[signature] Linda Penkul 3/6/2019*

## My Maine Connection

## Update Your Information

### Your Information

Client ID: **21496943A**
Document ID: **45787**
Next Recertification Date: **08/31/2019**
Six Month Report Date: --

#### Address Information

In what city/town does the applicant reside?: **Lebanon**                    Edit Address
Where You Live: **38 New Bridge Road, Lebanon, ME 04027**
Your Mailing Address: **38 New Bridge Road, Lebanon, ME 04027**

#### Contact Information

Home Phone: **(207) 658-4371**                    Edit Contact
Work Phone: --
Work Phone Extension: --
Cell Phone: --
Message Phone: --
Message Phone Extension: --
Email Address: --

### Household Members

#### Member Information                    Add Household Member

Member: **LINDA M PENKUL**
View +

### Payment History

#### Payments

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** , Payment Amount: **$192.00** , Payment Date: **04/11/2018**

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** , Payment Amount: **$192.00** , Payment Date: **05/11/2018**

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** , Payment Amount: **$192.00** , Payment Date: **06/11/2018**
View More +

Download Payment History »

Submit Updates »   Exit

Policy Questions? You can contact DHHS Monday through Friday 8:00 am to 4:30 pm at: 1-855-797-4357 Option 5 or TTY users can call Maine relay 711.
You can also email DHHS at: mmchelp.dhhs@maine.gov.

### Credits

Copyright © 2018
All rights reserved.

My Maine Connection

## Update Your Information

### Your Information

Client ID: **21496943A**
Document ID: **45787**
Next Recertification Date: **08/31/2019**
Six Month Report Date: --

#### Address Information

In what city/town does the applicant reside?: **Lebanon**    Edit Address
Where You Live: **38 New Bridge Road, Lebanon, ME 04027**
Your Mailing Address: **38 New Bridge Road, Lebanon, ME 04027**

#### Contact Information

Home Phone: **(207) 658-4371**    Edit Contact
Work Phone: --
Work Phone Extension: --
Cell Phone: --
Message Phone: --
Message Phone Extension: --
Email Address: --

### Household Members

#### Member Information    Add Household Member

Member: **LINDA M PENKUL**

Gender: **Female**    Edit Member Information
Date of Birth: **12/28/1961**
Marital Status: **Divorced**
Preferred Language: **English**
Client ID Number: **21496943A**
TANF Month (Total Time Limit Months): **0**
Aspire Compliance: **N**
Job Quit Compliance: **N**

#### Aliases (2)
View +

#### Pregnancy    Add Pregnancy

#### Incomes    Add Income

#### Earned Incomes (0)

#### Unearned Incomes (1)

Income Type: **Supplemental Security Income (SSI)**    Edit Unearned Income
What is the date the household member was first paid?: **03/01/2019**
How often does the household member get paid?: **Monthly**
What is the gross amount?: **$566.00**
End Date: --
Hide -
Hide -

#### Assets    Add Asset

#### Liquid Assets (1)

Asset Type: **Liquid - Savings and Checking Accounts**    Edit Liquid Asset
What is the value of the asset? : **$21.08**
Name of company or bank: **key Bank - checking**
Account Number: --
Is this asset jointly held?: **No**
What is the start date of this asset?: **12/01/2018**
What is the end date of this asset?: --
Hide -

#### Other Assets (0)

#### Real Estate Assets (1)

Asset Type: **Real Estate - Primary Residences**      Edit Real Estate Asset
What is the cash value of the asset?: **$190,000.00**
How much is owed on the asset?: **$0.00**
What is the face value of the asset?: **$0.00**
Is this asset jointly held?: **--**
What is the start date of this asset?: **08/01/2018**
What is the end date of this asset?: **--**
Address:
Hide -

**Vehicle Assets (1)**

Asset Type: **Vehicles**      Edit Vehicle Asset
What is the cash value of the asset?: **$14,000.00**
How much is owed on the asset?: **$0.00**
What is the face value of the asset?: **$0.00**
Is this asset jointly held?: **No**
What is the start date of this asset?: **08/01/2018**
What is the end date of this asset?: **--**
Vehicle Year: **2014**
Vehicle Make: **Dodge**
Vehicle Model: **Charger**
Mileage: **34828**
Is this vehicle registered?: **Yes**
Hide -
Hide -

**Expenses**      Add Expense

**Shelter Expenses (5)**

Expense Type: **Utility - telephone**      Edit Shelter Expense
How much is the expense?: **$160.00**
How often is the expense due?: **Monthly**
Is this expense shared?: **No**
Is this expense used for heating your home?: **--**
What is the start date?: **08/01/2018**
What is the end date?: **--**

Expense Type: **Shelter - property tax**      Edit Shelter Expense
How much is the expense?: **$2,636.52**
How often is the expense due?: **Annually**
Is this expense shared?: **No**
Is this expense used for heating your home?: **--**
What is the start date?: **08/01/2018**
What is the end date?: **--**

Expense Type: **Utility - lights**      Edit Shelter Expense
How much is the expense?: **$50.00**
How often is the expense due?: **Monthly**
Is this expense shared?: **No**
Is this expense used for heating your home?: **--**
What is the start date?: **08/01/2018**
What is the end date?: **--**

Expense Type: **Utility - heat**      Edit Shelter Expense
How much is the expense?: **$250.00**
How often is the expense due?: **Annually**
Is this expense shared?: **No**
Is this expense used for heating your home?: **--**
What is the start date?: **08/01/2018**
What is the end date?: **--**

Expense Type: **Shelter - insurance (homeowners)**      Edit Shelter Expense
How much is the expense?: **$141.00**
How often is the expense due?: **Monthly**
Is this expense shared?: **No**
Is this expense used for heating your home?: **--**
What is the start date?: **08/01/2018**
What is the end date?: **--**
Hide -

**Other Expenses (2)**

Who is this expense for?: **LINDA M PENKUL**      Edit Other Expense
Expense Type: **Medical - Health Insurance Premium - Other**
How much is the expense?: **$92.23**
How often is the expense due?: **Monthly**
Is this expense shared?: **No**
Who is this expense paid to?: **--**
What is the start date?: **09/01/2018**
What is the end date?: **--**

--------------------------------------------------------------

Who is this expense for?: **LINDA M PENKUL**      Edit Other Expense
Expense Type: **Medical - Medical Expense**
How much is the expense?: **$241.00**
How often is the expense due?: **Once**
Is this expense shared?: **No**
Who is this expense paid to?: **--**
What is the start date?: **10/01/2018**
What is the end date?: **09/30/2019**

Hide -

Hide -

--------------------------------------------------------------

**Insurances (1)**      Add Insurance

Policy Holder: **LINDA M PENKUL**      Edit Insurance
Insurance Company Name: **NORTHEAST DELTA DENTAL**
Insurance Type: **Dental**
Insurance Company Address: **One Delta Drive PO Box 2002 Concord, NH 03302-2002**
What is the start date of this policy?: **08/01/2012**
What is the end date of this policy?: **--**
Policy Number: **33000047077594**
Group Number: **6902-2963**
Who is covered by this person's health insurance policy?: **LINDA M PENKUL**

Hide -

Hide -

--------------------------------------------------------------

┌─ Payment History ─────────────────────────────────────

    **Payments**

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** , Payment Amount: **$192.00** , Payment Date: **04/11/2018**

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** , Payment Amount: **$192.00** , Payment Date: **05/11/2018**

Recipient: **LINDA M PENKUL**, Program: **FederalFoodSupp** . Payment Amount: **$192.00** , Payment Date: **06/11/2018**
View More +

[ Download Payment History » ]

[ Submit Updates » ] Exit

Policy Questions? You can contact DHHS Monday through Friday 8:00 am to 4:30 pm at: 1-855-797-4357 Option 5 or TTY users can call Maine relay 711.
You can also email DHHS at: mmchelp.dhhs@maine.gov.

**Credits**

Copyright © 2018
All rights reserved.

AO 133    (Rev. 12/09;MD 02/10)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Maryland

*LINDA PENKUL*

)
)
v.                                    )    Case No.:
)
*Dept. of EDucation's*         )
*Federal student Aid*

**BILL OF COSTS**

Judgment having been entered in the above entitled action on                    against                    ,
                                                               *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . . | _____ |
| Fees and disbursements for printing ......................................................................................... | _____ |
| Fees for witnesses *(itemize on page two)* ...................................................................................... | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 ............................................................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................................................... | _____ |
| Compensation of court-appointed experts ................................................................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | _____ |
| Other costs *(please itemize)* ...................................................................................................... | _____ |

TOTAL    $        0.00

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐   Electronic service              ☐   First class mail, postage prepaid

☑   Other:  *Certified mail*

s/ Attorney:

Name of ~~Attorney~~: *Linda Penkul BA M.Sc.*              *3/6/2019*
*prose*

For:                                                               Date:
          *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____  and included in the judgment.

By: _____

_____          _____          _____
*Clerk of Court*                    *Deputy Clerk*                         *Date*

AO 133    (Rev. 12/09;MD 02/10)  Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LINDA PENKUL
**Plaintiff,**

v.

Case No. _____

Department of education
**Defendant,**
Federal Student AID

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the *PlAINTiFF pruse*

I certify that I am admitted to practice in this Court.

3/6/2019
Date

Signature

LINDA PENKUL BA M.Sc.
Printed name and ~~bar number~~

38 New Bridge Rd.
Address

LISBANON ME. 04057
~~Email address~~

207-658-4371
Telephone number

N/A
Fax number

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LINDA PENKU     \*

    \*

v.     \*     Case No. _____

Department of Education     \*
Federal Student Aid     \*

## CERTIFICATE OF SERVICE

I hereby certify that on _3/7/2017_, a copy of _All Dicuments enclosed_____

which was electronically filed in this case on _N/A_, was mailed via

first class mail, postage prepaid, to _U.S. Dept. of Education ombuds man Group, 830 First st, N.E. MAil stop S144 washington DC + FSA Ombusman Group. P.O. Box 1843 Munticello Ky. 42633_

_3/7/2019_
Date

_Linda Penku_
Signature

_LINDA PENKU BA. MSc._
Printed Name and Bar Number _prose_

_38 New Bridge Rd._
Address

_LEBANON ME 04027_
~~Email Address~~

_207-658-4371_
Telephone Number

_N/A_
Fax Number

Federal District Court     Washington D.C.          Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


Linda Penkul

(Plaintiff)


v.


The Department of Education

Federal Student Aid

(Defendant)


## Motion to Seal

LCvR 5.1 (h) Sealed or Confidential Documents

I, Linda Penkul, the Plaintiff respectfully request my case be sealed for the following reasons:

1. I am the great niece of Ulysses S. Grant. My educational goals include possibly running for office in the future.

2. I would like to maintain anonymity, so that I can complete and receive fair educational opportunities based upon my skill and expertise without privilege.

3. I have experienced political opposition in the past and I have overcome these obstacles. I would like to continue my education timeline for another five years before possibly entering into a public leadership position.

Federal District Court    Washington D.C.         Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


My great Uncle Ulysses S. Grant held office in the 1800's,

his relatives Franklin Delano Roosevelt, Theodore Roosevelt,

Elenore Roosevelt and John Adams all held office well over 80

years ago. Therefore, I, the Plaintiff Linda Penkul am not

Promoting my Family in Government, which would be a violation of

5 United States Code §3110 Employment of Relatives; Restrictions

(Cornell Law School, 2019)

Although I have experienced Political Obstructionism in the

past beyond what I would consider reasonable, I am still willing

to educate myself in the most pertinent manner necessary to

become a good leader. I would like an opportunity to do so

without interference. I understand my responsibility to carry my

family heritage in the best possible light and to encourage

other to do so as well.

The Relief Order Requested:

Please seal my case so that I can continue my studies in peace

recognizing my educational records authenticity. I would like

the Federal District Court in Washington D.C. to acknowledge my

education in its completion and its articulation, and to compel

the Untied States Department of Education to properly and to

continuously monitor the reporting of my educational record in a

Federal District Court    Washington D.C.          Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


factual light and not in modified light to suit an environment

of unreasonable competitiveness.

I do not want my educational records sealed. The purpose of

having a good resume is to establish credibility. If more

candidates focused on education as opposed to opposition

research, they might be as privileged to have as good a resume

as I.


Legal Citations:

Cornell Law School. (2019, March 4). *Title 5. GOVERNMENT*

   *ORGANIZATION AND EMPLOYEES Part III. EMPLOYEES Subpart B.*

   *Employment and Retention Chapter 31. AUTHORITY FOR*

   *EMPLOYMENT Subchapter I. EMPLOYMENT AUTHORITIES Section*

   *3110. Employment of relatives; restrictions*. Retrieved from

   Legal Information Institute:

   https://www.law.cornell.edu/uscode/text/5/3110


Under the Pains and penalties of perjury I certify the

above statements are true to the best of my knowledge and that I

have served a copy of this motion, its interrogatories and

exhibit to the opposing party on _3/7/5019_   via Certified U.S

Postal Mail.

Federal District Court   Washington D.C.        Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


Thank you for considering my request.

Sincerely and Respectfully,

*Linda Penkul* 3/6/2019   3/7/2019 ℮

Linda Penkul 3/4/2019
Bachelor of Arts Degree in Social Ethics and the Law(2014)
Masters of Science Degree in Leadership with a Legal
concentration(2107)
Enrolled student in The United States Department of Homeland
Security's Community Emergency Response Training Certification
Program(2018-2019)

38 New Bridge Rd.
Lebanon Maine, 04027

Federal District Court    Washington D.C.        Docket Number:

Linda Penkul v. The Department of Education (Federal Student

Aid)

Linda Penkul

(Plaintiff)

v.

The Department of Education

Federal Student Aid

(Defendant)

Motion to Request Formal Establishment of Factual Publication of

the Plaintiff's Degreed Certifications confidentially.

I the Plaintiff, Linda Penkul come before the court on

March 4th 2019 to respectfully request the Court order the United

States Department of Education's Federal Student Aid office to

publicize on their Federal Student Aid Website, the actual facts

relating to the Plaintiff's 2 legal degrees and her work-in-

progress as an enrolled student in The United States Department

of Homeland Security's Community Emergency Response Training

Certification; CERT Program.

Jurisdiction:

The Federal Student Aid Office does not list a formal

business address for process service, only a post office box.

Federal District Court    Washington D.C.           Docket Number:
Linda Penkul v. The Department of Education (Federal Student
Aid)


Process service must go to a physical address (Rule 5; Federal
Rules of Civil Procedure) & (Cornell Law School, 2019).

The Plaintiff contacted the Federal Student Aid office in
Kentucky on 1/16/19 via email to file a dispute concerning the
information being published on the FSA website relating to her
already accomplished two legal degrees, her current enrollment
and the status of another past enrollment at Suffolk University
that is in dispute with the Department of Education's Inspector
general concerning merit scholarship funds that were promised,
but never received by the applicant at the time of enrollment
and registration. The total merit scholarships offered to the
plaintiff per the scholarship application tool amounted to
$17,000 for which the Plaintiff's amount was reduced to $6000.
The only reason given at that time was "everyone only get $6000
(Financial Aid, 2017)." This was not what the school offered in
writing. The Plaintiff formally disputed this amount in her
complaint to the Department of Education's Inspector General in
2017. She has not received a response as of 2019.

Further, classes for the Masters program for which she
enrolled at Suffolk University in 2017 were not offered in
completion at the time the school required, during the

Federal District Court    Washington D.C.             Docket Number:

Linda Penkul v. The Department of Education (Federal Student
Aid)

registration period, and there were multiple technical problems
not allowing the Plaintiff to complete her registration.

Exhibits attached to this email focus on the correspondence
that occurred between the Plaintiff and the Federal Student Aid
Ombudsman dispute personnel in February of 2019. The exhibits
clearly show, Federal Student Aid services of the Department of
Education did not correctly report the Plaintiff's two Legal
Degrees or enrollment activities including the disputed
scholarship funds, nor are they reporting her current enrollment
correctly.

The Plaintiff contacted the degreeing school directly after
she discovered the misprinted information and asked if the
Registrar had reported the conference as it occurred in 2014 and
in 2017. The school, Granite State College in Concord New
Hampshire did confirm via email they had submitted all the
information as it occurred when it occurred and that they have
not changed that information. In an effort to provide third
party verification, the Plaintiff has included in the exhibits a
copy of her formal chronological transcripts from Granite State
College for evidentiary purposes. The Plaintiff graduated with

Federal District Court    Washington D.C.         Docket Number:

Linda Penkul v. The Department of Education (Federal Student

Aid)

Legal Citations:

Cornell Law School. (2019, March 4). *Federal Rules of Civil*

*Procedure* › *TITLE II. COMMENCING AN ACTION; SERVICE OF*

*PROCESS, PLEADINGS, MOTIONS, AND ORDERS* › *Rule 5. Serving*

*and Filing Pleadings and Other Papers.* Retrieved from Legal

Information Institute:

https://www.law.cornell.edu/rules/frcp/rule_5#rule_26_a_2


Under the pains and penalties of perjury I certify I have

sent a copy of this motion and its interrogatories and exhibits

to the opposing party on *3/7/2019*  via US First Class

Certified mail return receipt.

Thank you for considering my request.

Sincerely and Respectfully,

*Linda Penkul 3/6/2019*    *3/7/2019*

Linda Penkul 3/4/2019
Bachelor of Arts Degree in Social Ethics and the Law(2014)
Masters of Science Degree in Leadership with a Legal
concentration(2107)
Enrolled student in The United States Department of Homeland
Security's Community Emergency Response Training Certification
Program(2018-2019)

38 New Bridge Rd.
Lebanon Maine, 04027

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Lindy Renkel

             \*

             \*

**v.**                                  **Case No.** _____

             \*

Department of Education
Federal Student Aid    \*

## EXHIBITS: _____

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | (p. 37-39, 43-51) | | emails |
| 2 | 40, 41, 42 | | screenshots |
| 3 | last 8 pages. | | transcripts |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____


PLAINTIFF'S EXHIBIT NO. _____

CASE NO.: _____

IDENTIFICATION: _____

ADMITTED: _____

**From:** Federal Student Aid
**Sent:** Wednesday, January 16, 2019 3:55 PM
**To:** lindapenkul@gmail.com
**Subject:** FSA Feedback Case: 01530918



1/16/2019

Dear Mr. /Ms. Penkul:

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid regarding your feedback. We will respond and acknowledge receipt of your feedback within the next 15 days.

Your case number is 01530918 for reference.

This is an automatically generated e-mail; please do not reply.



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



**Federal Student Aid** | PROUD SPONSOR *of*
An OFFICE *of the* U.S. DEPARTMENT *of* EDUCATION | *the* AMERICAN MIND ®                    MENU ≡

## Your Case

---

Your case has been submitted!  Your case number is 01530918.

Thank you for submitting your feedback. We will respond and acknowledge receipt of your feedback within the next 15 days.

Save the case number for your records. You can update or check the status of your case at any time via Manage My Cases.

<div style="text-align:center; border:1px solid;">HOME</div>

Contact Us 📞

About Us | FOIA | Privacy | Notices | usa.gov | ed.gov | whitehouse.gov | Privacy Act Statement

📘 (http://www.facebook.com/FederalStudentAid) 🐦 (http://twitter.com/FAFSA) ▶ (http://www.youtube.com/federalstudentaid)

*Altered*
*Degrees*   1/16/19



*JANUARY 24th 2019 60 days*
*MArch 24th 2019*

**From:** Linda Penkul
**Sent:** Monday, February 4, 2019 11:46 AM
**To:** French, Cortney
**Subject:** RE: Automatic reply: Hi, TRANSCRIPTS

Hi Courtney,

Here is a screenshot of the FSA website. All of the Granite State college information is incorrect the duration, the status and the program the degree information is not complete. I have a bachelor of Arts degree in Individualized Studies 4 years; Social Ethics and the Law. I also have a Masters of Science degree in Leadership 2 years. In my leadership program my personal concentration was Legal.

I wanted to send them a transcript but the FSA office is refusing to give me physical address they will only provide me with a P.O. box number 1843 Monticello KY, 42633. If FSA does not change my information to the correct information, I will have to serve them legal papers. These papers have to go to a physical address according to process server law and according to the Rules of Civil Procedure in the courts.

Thank you for your cooperation
Sincerely and Respectfully,

Linda Penkul 2/4/2019 @ 11:46 am
38 New Bridge Rd
Lebanon Maine, 04027
207-658-4371
indapenkul@gmail.com
Sent from _ for Windows 10

**From:** _____
**Sent:** Sunday, February 3, 2019 7:45 PM
**To:** _____
**Subject:** Automatic reply: Hi, TRANSCRIPTS

Hello,

I will be out of the office through February 1st. Please redirect all e-mails to the following e-mail addresses for immediate assistance:

Conferral/Diploma questions:   ..........granite.edu

General Registrar and Grading questions: registrars.........

Thank you.

# Hello, Linda Penkul

My Informatio

| SCHOOL | PROGRAM | DURATION | DEGREE | STATUS |
|--------|---------|----------|--------|--------|
| GREAT BAY COMMUNITY COLLEGE | Homeland Security, Law Enforcement, Firefighting and Related Protective Services, Other. | 1 Year | Certificate or Diploma | Half Time |
| SUFFOLK UNIVERSITY | Political Science and Government, General. | 1 Year | Master's | Withdrawn |
| SUFFOLK UNIVERSITY | Ethics. | 1 Year | Master's | Withdrawn |
| UNITE STATE COLLEGE - ROCHESTER | Liberal Arts and Sciences/Liberal Studies. | 5 Years | Bachelor's | Withdrawn |
| UNITE STATE COLLEGE | Liberal Arts and Sciences/Liberal Studies | 5 Years | Bachelor's | Withdrawn |

My Federal Student A...

entaid.ed.gov/sa/my-student-aid?a=0

| GRANITE STATE COLLEGE - ROCHESTER | Liberal Arts and Sciences/Liberal Studies. | 5 Years | Bachelor's | Withdrawn |
|---|---|---|---|---|
| GRANITE STATE COLLEGE | Liberal Arts and Sciences/Liberal Studies. | 5 Years | Bachelor's | Withdrawn |
| GRANITE STATE COLLEGE | Organizational Leadership. | 1 Year | Master's | Graduated |
| GRANITE STATE COLLEGE - ROCHESTER | Organizational Leadership. | 1 Year | Master's | Withdrawn |

15 Loans · 1 Servicer · $88,348 →    4 Grants · 1 School · $17,700 →

# Federal Student Aid Resources

PLUS Loan →    Sign Master Promissory Note →    Complete Entrance Cou

My Federal Student A...



**Federal Student Aid**
an OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR *of*
*the* AMERICAN MIND®

Menu

| Prepare for College ⌄ | Types of Aid ⌄ | Who Gets Aid ⌄ | FAFSA®: Apply for Aid ⌄ | How to Repay Your Loans ⌄ |
|---|---|---|---|---|

Home » My Federal Student Aid

# Hello,

## Linda

## Penkul

**My Information**

| SCHOOL | PROGRAM | DURATION | DEGREE | STATUS |
|---|---|---|---|---|
| GREAT BAY COMMUNITY COLLEGE | Homeland Security, Law Enforcement Firefighting and Related Protective Services, Other. | 1 Year | Certificate or Diploma | Half Time |
| SUFFOLK UNIVERSITY | Political Science and Government General | 1 Year | Master's | Withdrawn |
| SUFFOLK UNIVERSITY | Ethics | 1 Year | Master's | Withdrawn |
| GRANITE STATE COLLEGE - ROCHESTER | Liberal Arts and Sciences/Liberal Studies | 5 Years | Bachelor's | Withdrawn |
| GRANITE STATE COLLEGE | Liberal Arts and Sciences/Liberal Studies | 5 Years | Bachelor's | Withdrawn |
| GRANITE STATE COLLEGE | Organizational Leadership | 1 Year | Master's | Graduated |
| GRANITE STATE COLLEGE - ROCHESTER | Organizational Leadership. | 1 Year | Master's | Withdrawn |

15 Loans • 1 Servicer • $88,348      4 Grants • 1 School • $17,700

**From:** French, Cortney
**Sent:** Sunday, February 3, 2019 7:45 PM
**To:** Linda Penkul
**Subject:** Automatic reply: Hi, TRANSCRIPTS

Hello,

I will be out of the office through February 1st. Please redirect all e-mails to the following e-mail addresses for immediate assistance:

Conferral/Diploma questions:  ...graduation@granite.edu

General Registrar and Grading questions: registrars.office@gran...

Thank you.

**From:** French, Cortney
**Sent:** Friday, February 8, 2019 12:45 PM
**To:** Linda Penkul
**Subject:** RE: Automatic reply: Hi, TRANSCRIPTS

Hi Linda,
I am very sorry for the delayed response to this e-mail. I was out last week and have unfortunately come down with the flu and was out most of this week as well. I checked the National Student clearinghouse data which is where we report our enrollments and can see that both the conferred degrees were reported correctly. I am unsure where FSA pulls their information from, so I have a meeting with the Financial Aid director on Monday so we can work through where this discrepancy is occurring. I will follow up with you after we have determined the issue. Thank you for your patience and I apologize for my delayed response.

**Cortney French**
*Interim Registrar*

## Granite State College
603-513-1345 | granite.edu

25 Hall Street
Concord, NH 03301

**From:** Linda Penkul <lindapenkul@gmail.com>
**Sent:** Monday, February 04, 2019 11:46 AM
**To:** French, Cortney <Cortney.French@granite.edu>
**Subject:** RE: Automatic reply: Hi, TRANSCRIPTS

Caution - External Email

Hi Courtney,

Here is a screenshot of the FSA website. All of the Granite State college information is incorrect the duration, the status and the program the degree information is not complete. I have a bachelor of Arts degree in Individualized Studies 4 years; Social Ethics and the Law. I also have a Masters of Science degree in Leadership 2 years. In my leadership program my personal concentration was Legal.

I wanted to send them a transcript but the FSA office is refusing to give me physical address they will only provide me with a P.O. box number 1843 Monticello KY, 42633. If FSA does not change my information to the correct information, I will have to serve them legal papers. These papers have to go to a physical address according to process server law and according to the Rules of Civil Procedure in the courts.

Thank you for your cooperation
Sincerely and Respectfully,

Linda Penkul 2/4/2019 @ 11:46 am
38 New Bridge Rd
Lebanon Maine, 04027
207-658-4371
lndapenkul@gmail.com
Sent from Mail for Windows 10

**From:** French, Cortney
**Sent:** Sunday, February 3, 2019 7:45 PM
**To:** Linda Penkul
**Subject:** Automatic reply: Hi, TRANSCRIPTS

Hello,

I will be out of the office through February 1st.  Please redirect all e-mails to the following e-mail addresses for immediate assistance:

Conferral/Diploma questions: gsc.graduation@granite.edu

General Registrar and Grading questions: registrars.office@granite.edu

Thank you.

**From:** Linda Penkul
**Sent:** Friday, February 8, 2019 9:40 AM
**To:** registrars.office@granite.edu
**Subject:** FW: FSA Feedback Case: 01530918 [ ref:_00Dt0Gyiq._500t0EEzLZ:ref ]


To the Registrars office at Granite State College,
Hello. My name is Linda Penkul. I contacted you a few days ago. I got this email from the FSA; Federal Student Aid office. I did not file a complaint against Granite State College. I respect the school and all of its instructors who have helped me tremendously over the years. I apologize for their crass rude mannerisms.

I filed a complaint against Federal Student Aid for misrepresenting my information on their website. FSA misrepresented my information for the current school I am attending and for Suffolk University as well.

The problems I am experiencing are a result of my personal heritage. I am pursuing a career in Professional Politics. My great uncle is Ulysses S. Grant the 18th president of the United states. And, because of that I am facing a great deal of political obstructionism that is attempting to discredit me and everyone who helps me. I am trying very hard to report all of the incident to the FBI as soon as they occur.

Once again, I apologize for the government's rudeness. Please ensure Johnna the Leadership director and associate director Kathy Deroche get a copy of this email. It might help clear up some of the other problems I was experiencing wen I was in attendance. Kelly Clark may want to know as well. In our Capstone class we had some intrusion issues especially during Capstone presentation in 2016.

Thank you for understanding this complex and confidential issue.
Sincerely and Respectfully,

Linda Penkul BA M.Sc. 2/9/2019 @ 9:40 am
38 New Bridge Rd.
Lebanon Maine, 04027
207-658-4371

Sent from Mai for Windows 10

**From:** Student Aid Feedbaci
**Sent:** Thursday, February 7, 2019 4:01 PM
**To:** indapenkul@gmail.com
**Subject:** FSA Feedback Case: 01530918 [ ref:_00Dt0Gyiq._500t0EEzLZ:ref ]



2/7/2019

Dear Ms. Penkul:

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid. We have reviewed your complaint in case number 01530918 regarding Granite State College.

Our office provides oversight and monitoring of schools that participate in the federal student aid programs. The Financial Aid Director at your school has been made aware of your complaint against Granite State College. We have also requested information and/or documents regarding the issue you've raised.

Once your school provides the information we have requested, we will review the response to determine if your school has followed federal regulations regarding the allegations made in your complaint. After our review, we will provide a response to your complaint.

Until then, if you have questions you can reply to this email.

Sincerely,

School Eligibility Service Group

Federal Student Aid/Program Compliance

U.S. Department of Education


*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your case.*



Federal Student Aid | PROUD SPONSOR of
An OFFICE of the U.S. DEPARTMENT of EDUCATION | the AMERICAN MIND™

ref:_00Dt0Gyiq._500t0EEzLZ:ref

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Student Aid Feedback
**Sent:** Friday, February 15, 2019 12:00 PM
**To:** lindapenkul@gmail.com
**Subject:** FSA Feedback Case: 01530918 - Case Resolution [ref:_00Dt0Gyiq._500t0EEzLZ:ref ]



2/15/2019

Dear Ms. Penkul:

Thank you for contacting the U.S. Department of Education's (Department) office of Federal Student Aid (FSA). We have reviewed your complaint in case number 01530918 regarding Granite State College.

The following action was taken on your behalf:

Granite State College was contacted regarding your complaint in reference to information reported on the Department's National Student Loan Data System (NSLDS), which reflects an incorrect enrollment status.

On February 13, 2019, Granite State College responded and provided a copy of your February 8, 2019 email to the school advising that you had contacted FSA's Ombudsman with a request that the complaint against the school be withdrawn. As such, your case with our office is being closed.

However, in your February 8th email to the school you indicated that your complaint in reference to the incorrect withdrawal status in NSLDS was not against the school but against the Department. Per federal regulations, schools are required to report enrollment status information to the Department, which then updates the enrollment information in NSLDS.

Granite State College confirmed that the school had not forwarded the correct enrollment status for the enrollment period in question to NSLDS. Please continue working with your school for confirmation that the correct information regarding your graduation status has been updated and reported to the Department.

We hope this information is helpful to you. You may reply to this email if you have questions regarding the resolution of your case.

Sincerely,

Carolyn White, Senior Advisor
School Eligibility Service Group

U.S. Department of Education

How satisfied are you with the outcome of your complaint? Let us know by answering one question on your case details page!

*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your case.*



ref:_00Dt0Gyiq._500t0EEzLZ:ref

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Linda Penkul
**Sent:** Tuesday, February 19, 2019 10:19 AM
**To:** Student Aid Feedback
**Subject:** RE: FSA Feedback Case: 01530918 - Case Resolution[ref:_00Dt0Gyiq._500t0EEzLZ:ref ]


Carolyn White,

I spoke with the school personally. I also spoke with Granite State College Registrar and with the Federal Student Aid supervisor at the school.  Both assured me they reported the information exactly as it appears on my degrees and not as it appears on the FSA website. Federal Student aid reporting  is in violation of my educational rights by refusing to report my actual graduation status concerning my two legal degrees. I will consult with the local Federal District Court in your jurisdiction as to how to proceed at this time.

It is unfortunate FSA cannot resolve this issue.

Sincerely and Respectfully,
Linda Penkul BA M.Sc.  2/19/2019 10:18 am
38 New Bridge Rd.
Lebanon Maine, 04027
207-658-4371

Sent from Mail for Windows 10


**From:** Student Aid Feedback
**Sent:** Friday, February 15, 2019 12:00 PM
**To:** lindapenkul@gmail.com
**Subject:** FSA Feedback Case: 01530918 - Case Resolution [ref:_00Dt0Gyiq._500t0EEzLZ:ref ]







ıı|ı||ı|ıı•ıı|ıı|ı|ı|ıı|ıı||ı|ıı|||ı|ıı•ı|ıı•ı|ıı•ıııı|ı|ı|ıı|

TO: LINDA PENKUL
    38 NEW BRIDGE RD
    LEBANON, ME 04027-3716

1384.M-2-2
.800

# IMPORTANT: DO NOT DISCARD THIS PAGE.
# Granite State College's most current grade scale is listed on the back of this page and must stay with the transcript.

Official Academic Transcript from:

Granite State College
Registrars Office
25 Hall Street
Concord, NH 03301
FICE: 031013

**Delivered by:**

Credentials Solutions, LLC
436 W Frontage Road, Suite 200
Northfield, IL 60093
(847) 716-3005

Name: LINDA PENKUL
Order Number: 9B4762359-1

This academic transcript was prepared and mailed by Credentials Solutions, LLC of Northfield, IL acting as agent for Granite State College located in Concord, NH. In addition to printing and mailing academic transcripts, Credentials Solutions, LLC provides the following related services: transcript ordering, order processing using advanced automation, electronic transcript rendering, PDF transcript rendering and 12 hour-a-day telephone customer service.

Questions regarding the content of this transcript should be directed to the issuing institution at the contact number shown in the institution's grade scale.



# Granite State College

University System of New Hampshire
25 Hall Street – Concord, NH 03301
(603)228-3000   1-888-228-3000
(603) 513-1386 Fax

## HISTORY

In 1972, the Board of Trustees established the School of Continuing Studies in order to extend the educational resources of the University System to all areas of the state. In 1979, the name was changed to the School for Lifelong Learning and in 1993, the College became the College for Lifelong Learning. As a reflection of its expanded mission in providing statewide access to public higher education, on May 9, 2005, the name was changed to Granite State College.

**Granite State College is regionally accredited by the New England Association of Schools and Colleges.**

## CREDITS AND CALENDAR

All credits are semester credit. Courses are offered on a continuous year-round basis.

## TRANSFER CREDIT – UNDERGRADUATE

Courses passed with a C or better at another regionally accredited institution may be accepted for credit and fulfill degree requirements at Granite State College. Courses graded CR (credit) or P (pass) may transfer if the grade represents a grade of C.

## TRANSFER CREDIT – GRADUATE

Courses passed with a B or better at another regionally accredited institution may be accepted for credit and fulfill institution requirements upon approval of the Office of Graduate Studies.

## CREDIT BY EXAMINATION/ VALIDATION/ASSESSMENT

**Exam:** Institutional credit may be earned on the basis of satisfactory scores on approved examinations.

**Validation:** Institutional credit may be awarded for non-collegiate training or educational programs that involve college-level learning.

**Assessment:** Institutional credit may be awarded for experiential learning documented through a portfolio process that has been assessed through faculty evaluation as being equivalent to college-level learning.

## GRADE POINT AVERAGE

A degree candidate in any of the College's undergraduate programs must earn a 2.0 cumulative grade point average (GPA) in order to meet graduation requirements. A degree candidate in GSC's graduate programs must earn a 3.0 cumulative GPA in order to meet graduation requirements.

## HONORS DESIGNATION

Bachelor's degree candidates who have completed at least 30 semester hours of graded work after application to any GSC baccalaureate degree program are eligible for honors.

| | |
|---|---|
| 3.25-3.49 | honors (cum laude) |
| 3.50-3.74 | high honors (magna cum laude) |
| 3.75-4.00 | highest honors (summa cum laude) |

Associate degree candidates who have completed at least 16 semester hours of graded work after application to the A.A. or A.S. programs are eligible for honors.

| | |
|---|---|
| 3.25 - 3.74 | honors |
| 3.75 - 4.0 | high honors |

## GSC COURSE NUMBERING SYSTEM

| | | |
|---|---|---|
| 400- | 499 | Basic skill courses that do not satisfy program requirements. |
| 500- | 599 | Introductory courses that satisfy program requirements and may have prerequisites. |
| 600- | 699 | Advanced undergraduate courses |
| 700- | 799 | Post-Baccalaureate courses |
| 800- | 899 | Graduate courses |

## GSC COURSE GRADING SYSTEM

### Prior to January 1983 and subsequent to September 2002:

| Grade | Grade Points | Grade | Grade Points |
|---|---|---|---|
| A | 4.00 | C | 2.00 |
| A- | 3.67 | C- | 1.67 |
| B+ | 3.33 | D+ | 1.33 |
| B | 3.00 | D | 1.00 |
| B- | 2.67 | D- | 0.67 |
| C+ | 2.33 | F | 0.00 |

| Grade | Grade Points | Outcome Achievement |
|---|---|---|
| AF | 0.00 | ADMINISTRATIVE FAILURE |
| CR | 0.00 | Acceptable in a credit/no credit activity |
| NCR | 0.00 | Unacceptable in a credit/no credit activity |
| AU | 0.00 | AUDIT |
| IC | 0.00 | INCOMPLETE COURSEWORK |
| P | 0.00 | PASS |
| W | 0.00 | WITHDRAWAL |
| IP | 0.00 | IN PROGRESS |
| AF | 0.00 | ADMINISTRATIVE FAILURE |
| CR | 0.00 | Acceptable in a credit/no credit activity |
| T or TCR | 0.00 | Transfer Credit |
| NG | 0.00 | No Grade |

### Subsequent to September 1, 1995:

| | | |
|---|---|---|
| CR | 0.00 | Equal to C or better in credit/no credit activity |

### From January 1, 1983 through August 2002:

| Grade | Grade Points | Outcome Achievement |
|---|---|---|
| A | 4.00 | OUTSTANDING |
| AB | 3.50 | Intermediate grade |
| B | 3.00 | SUPERIOR |
| BC | 2.50 | Intermediate grade |
| C | 2.00 | ACCEPTABLE |
| CD | 1.50 | Intermediate grade |
| D | 1.00 | MARGINAL |
| F | 0.00 | UNACCEPTABLE for credit |

This Academic Transcript from Granite State College located in Concord, NH is being provided to you by Credentials Inc. Under provisions of, and subject to, the Family Educational Rights and Privacy Act of 1974, Credentials Inc. of Northfield, IL is acting on behalf of Granite State College in facilitating the delivery of academic transcripts from Granite State College to other colleges, universities and third parties using the Credentials TranscriptsNetwork™.

Any questions regarding the validity of the information you are receiving should be directed to: Office of Registrar, Granite State College, 25 Hall Street, Concord, NH 03301, Tel: (603) 228-3000.

# Granite State College

University System of New Hampshire



SSN: *****6521    Student No: 928083038

Date Issued: 28-FEB-2019

Record of: Linda Marie Penkul
38 New Bridge Rd
Lebanon, ME 04027

Page: 1

Issued To: 9B47623591

Course Level: Undergraduate degree

Current Program
Bachelor of Arts
        Major : Individualized Studies

Comments:
DEAN'S LIST SUMMER - FALL
INDIVIDUALIZED STUDIES IN SOCIAL ETHICS AND
        THE LAW

Degree Awarded Bachelor of Arts 30-DEC-2014
Primary Degree
        Major : Individualized Studies
    Inst. Honors: Summa Cum Laude

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|--------------|------|-----|-------|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

201004            HARVARD UNDERGRAD ADMISSIONS

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|--------------|------|-----|-------|
| CRIT | 500 | Fundamentals/Academic Writing | 4.00 | T | |
| TRAN | CRED | Advanced Fiction Writing | 4.00 | T | |

  Ehrs:  8.00 GPA-Hrs:  0.00 QPts:  0.00 GPA:  0.00

201102            US MILITARY SERVICE

| CRIM | 501 | Supervision & Leadership in CJ | 3.00 | T | |
| CRIM | 502 | Police Operations | 3.00 | T | |
| TRAN | CRED | Basic Military Training | 4.00 | T | |
| TRAN | CRED | Advanced Military Science | 3.00 | T | |
| TRAN | CRED | Traffic Investigation | 3.00 | T | |

  Ehrs: 16.00 GPA-Hrs:  0.00 QPts:  0.00 GPA:  0.00

INSTITUTION CREDIT:

Fall 2011
DEAN'S LIST SUMMER - FALL 2011
    Individualized Studies

| ENG | 500 | The Writing Process | 4.00 | A | 16.00 |
| SDLR | 550 | Individualized Studies Sem | 4.00 | B+ | 13.32 |
| SOC | 501 | Introduction to Sociology | 4.00 | B+ | 13.32 |

  Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 42.64 GPA: 3.55

Winter 2012
    Individualized Studies
***************** CONTINUED ON NEXT COLUMN *****************

---

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS R |
|------|-----|--------------|------|-----|-------|

Institution Information continued:

| CMPL | 511 | Software Tools | 4.00 | A- | 14.68 |
| MGMT | 501 | Intro to Public Management | 4.00 | A | 16.00 |
| POL | 554 | Law and Society | 4.00 | A | 16.00 |

  Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 46.68 GPA: 3.89

Spring 2012
DEAN'S LIST SPRING 2012
    Individualized Studies

| EDU | 510 | Foundations of Education | 4.00 | A | 16.00 |
| PSY | 509 | Human Development | 4.00 | A | 16.00 |

  Ehrs:  8.00 GPA-Hrs:  8.00 QPts: 32.00 GPA: 4.00

Summer 2012
    Individualized Studies

| COMM | 553 | Presentational Communication | 4.00 | A | 16.00 |
| SCI | 520 | Introduction to Oceanography | 4.00 | A | 16.00 |

  Ehrs:  8.00 GPA-Hrs:  8.00 QPts: 32.00 GPA: 4.00

Fall 2012
DEAN'S LIST SUMMER - FALL
    Individualized Studies

| ENG | 600 | Expository Writing | 4.00 | A- | 14.68 |
| IDIS | 501 | Research Methods | 4.00 | A- | 14.68 |

  Ehrs:  8.00 GPA-Hrs:  8.00 QPts: 29.36 GPA: 3.67

Winter 2013
    Individualized Studies

| HUMN | 505 | Introduction to Ethics | 4.00 | A | 16.00 |
| MGMT | 625 | Legal & Ethical Iss in Bus Mgt | 4.00 | A | 16.00 |

  Ehrs:  8.00 GPA-Hrs:  8.00 QPts: 32.00 GPA: 4.00

Spring 2013
DEAN'S LIST WINTER - SPRING
    Individualized Studies

| CRIM | 607 | Constitutional Law | 4.00 | A | 16.00 |
| POL | 600 | The US in World Affairs (GP) | 4.00 | A | 16.00 |

***************** CONTINUED ON PAGE 2 *****************


Kristin Mullaney, Registrar

This transcript processed and delivered by Credentials TranscriptsNetwork

TO TEST FOR AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features. Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image. When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

00939229

# Granite State College

University System of New Hampshire

Record of: Linda Marie Penkul
Level: Undergraduate degree

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|----------|--------------|----------|-------|

**Institution Information continued:**
Ehrs: 8.00 GPA-Hrs: 8.00   QPts: 32.00 GPA: 4.00

**Summer 2013**
Individualized Studies
| HLTC 629 | Law & Ethics fr HCare & HServs | 4.00 A | 16.00 |
| MGMT 607 | Human Resources and the Law | 4.00 A | 16.00 |

Ehrs: 8.00 GPA-Hrs: 8.00   QPts: 32.00 GPA: 4.00

**Fall 2013**
Individualized Studies
| POL 550 | American Governmt and Politics | 4.00 A | 14.68 |
| SCI 502 | Nutrition Concpt/Controversies | 4.00 A | 16.00 |

Ehrs: 8.00 GPA-Hrs: 8.00   QPts: 30.68 GPA: 3.83

**Winter 2014**
Individualized Studies
| COMM 540 | Persuasive Communication | 4.00 A | 14.68 |
| EDU 621 | Special Education Law | 4.00 A | 14.68 |

Ehrs: 8.00 GPA-Hrs: 8.00   QPts: 29.36 GPA: 3.67

**Spring 2014**
Individualized Studies
| HUMN 504 | World Religions | 4.00 B+ | 13.32 |
| MATH 502 | Math for Our World | 4.00 B | 12.00 |

Ehrs: 8.00 GPA-Hrs: 8.00   QPts: 25.32 GPA: 3.16

**Fall 2014**
Individualized Studies
| IDIS 670A | Capstone: Social Ethics & Law | 4.00 A | 16.00 |

Ehrs: 4.00 GPA-Hrs: 4.00   QPts: 16.00 GPA: 4.00

********************* TRANSCRIPT TOTALS *********************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 100.00 | 100.00 | 380.04 | 3.80 |
| TOTAL TRANSFER | 24.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 124.00 | 100.00 | 380.04 | 3.80 |

********************* END OF TRANSCRIPT *********************

*Kristin Mullaney*
Kristin Mullaney, Registrar

This transcript processed and delivered by Credentials' TranscriptsNetwork

TO TEST FOR AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features. Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image. When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

00939230

# Granite State College

University System of New Hampshire



SSN: *****6521          Student No: 928083038          Date Issued: 28-FEB-2019

Record of: Linda Marie Penkul                                                   Page: 1
           38 New Bridge Rd
           Lebanon, ME 04027

Issued To: 9B47623591

Course Level: Graduate degree

```
******************* TRANSCRIPT TOTALS *******************
                    Earned Hrs  GPA Hrs   Points     GPA
```

Current Program
Master of Science
          Major : Leadership

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 30.00 | 30.00 | 116.01 | 3.86 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 30.00 | 30.00 | 116.01 | 3.86 |

Degree Awarded Master of Science 31-MAR-2017
Primary Degree
          Major : Leadership

```
***************** END OF TRANSCRIPT *****************
```

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|

INSTITUTION CREDIT:

**Winter 2015**
  Leadership
| LD | 820 | Cultvtg Leadershp Capabilities | 3.00 | A | 12.00 |
| LD | 821 | Ethical Decision-Making | 3.00 | A | 12.00 |
      Ehrs: 6.00  GPA-Hrs: 6.00   QPts: 24.00 GPA: 4.00

**Spring 2015**
  Leadership
| COMM | 800 | Founds Organztnl Communication | 3.00 | A | 12.00 |
| LD | 822 | Maximizing Organztns Potential | 3.00 | A | 12.00 |
      Ehrs: 6.00  GPA-Hrs: 6.00   QPts: 24.00 GPA: 4.00

**Fall 2015**
  Leadership
| LD | 823 | Emergence of Strategic Leader | 3.00 | A | 12.00 |
| PM | 804 | Leading Teams | 3.00 | A | 12.00 |
      Ehrs: 6.00  GPA-Hrs: 6.00   QPts: 24.00 GPA: 4.00

**Winter 2016**
  Leadership
| LD | 830 | Leading Public Non-Profit Org | 3.00 | A- | 11.01 |
| PM | 810 | Change Management & Comm | 3.00 | A | 12.00 |
      Ehrs: 6.00  GPA-Hrs: 6.00   QPts: 23.01 GPA: 3.83

**Fall 2016**
  Leadership
| LD | 850 | Leadership Integratve Capstone | 3.00 | A | 12.00 |
| MGMT | 805 | Organztnl Behavior | 3.00 | B | 9.00 |
      Ehrs: 6.00  GPA-Hrs: 6.00   QPts: 21.00 GPA: 3.50
No Standing

***************** CONTINUED ON NEXT COLUMN *****************

This transcript processed and delivered by Credentials | TranscriptsNetwork

*Kristin Mullaney*
Kristin Mullaney, Registrar

TO TEST FOR AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features. Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image. When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.



FROM: GRANITE STATE COLLEGE

ılı|ılı|ılı|ılı|ı|ı|ı|ılı|ılı||ılılı||ılıı|ıılııılı|ılı|ıı|

TO: LINDA PENKUL
    38 NEW BRIDGE RD
    LEBANON, ME 04027-3716

1384.M-1-2
.800

# IMPORTANT: DO NOT DISCARD THIS PAGE.
**Granite State College's most current grade scale is listed on the back of this page and must stay with the transcript.**

**Official Academic Transcript from:**
Granite State College
Registrars Office
25 Hall Street
Concord, NH  03301
FICE: 031013

**Delivered by:**
Credentials Solutions, LLC
436 W Frontage Road, Suite 200
Northfield, IL 60093
(847) 716-3005

Name:  LINDA PENKUL
Order Number:  9B4762359-1

This academic transcript was prepared and mailed by Credentials Solutions, LLC of Northfield, IL acting as agent for Granite State College located in Concord, NH.  In addition to printing and mailing academic transcripts, Credentials Solutions, LLC provides the following related services: transcript ordering, order processing using advanced automation, electronic transcript rendering, PDF transcript rendering and 12 hour-a-day telephone customer service.

Questions regarding the content of this transcript should be directed to the issuing institution at the contact number shown in the institution's grade scale.



# Granite State College
## University System of New Hampshire
25 Hall Street – Concord, NH 03301
(603)228-3000   1-888-228-3000
(603) 513-1386 Fax

## HISTORY
In 1972, the Board of Trustees established the School of Continuing Studies in order to extend the educational resources of the University System to all areas of the state. In 1979, the name was changed to the School for Lifelong Learning and in 1993, the College became the College for Lifelong Learning. As a reflection of its expanded mission in providing statewide access to public higher education, on May 9, 2005, the name was changed to Granite State College.

Granite State College is regionally accredited by the New England Association of Schools and Colleges.

## CREDITS AND CALENDAR
All credits are semester credit. Courses are offered on a continuous year-round basis.

## TRANSFER CREDIT – UNDERGRADUATE
Courses passed with a C or better at another regionally accredited institution may be accepted for credit and fulfill degree requirements at Granite State College. Courses graded CR (credit) or P (pass) may transfer if the grade represents a grade of C.

## TRANSFER CREDIT – GRADUATE
Courses passed with a B or better at another regionally accredited institution may be accepted for credit and fulfill institution requirements upon approval of the Office of Graduate Studies.

## CREDIT BY EXAMINATION/ VALIDATION/ASSESSMENT
**Exam:** Institutional credit may be earned on the basis of satisfactory scores on approved examinations.

**Validation:** Institutional credit may be awarded for non-collegiate training or educational programs that involve college-level learning.

**Assessment:** Institutional credit may be awarded for experiential learning documented through a portfolio process that has been assessed through faculty evaluation as being equivalent to college-level learning.

## GRADE POINT AVERAGE
A degree candidate in any of the College's undergraduate programs must earn a 2.0 cumulative grade point average (GPA) in order to meet graduation requirements. A degree candidate in GSC's graduate programs must earn a 3.0 cumulative GPA in order to meet graduation requirements.

## HONORS DESIGNATION
Bachelor's degree candidates who have completed at least 30 semester hours of graded work after application to any GSC baccalaureate degree program are eligible for honors.

| | |
|---|---|
| 3.25-3.49 | honors (cum laude) |
| 3.50-3.74 | high honors (magna cum laude) |
| 3.75-4.00 | highest honors (summa cum laude) |

Associate degree candidates who have completed at least 16 semester hours of graded work after application to the A.A. or A.S. programs are eligible for honors.

| | |
|---|---|
| 3.25 - 3.74 | honors |
| 3.75 - 4.0 | high honors |

## GSC COURSE NUMBERING SYSTEM

| | | |
|---|---|---|
| 400- | 499 | Basic skill courses that do not satisfy program requirements. |
| 500- | 599 | Introductory courses that satisfy program requirements and may have prerequisites. |
| 600- | 699 | Advanced undergraduate courses |
| 700- | 799 | Post-Baccalaureate courses |
| 800- | 899 | Graduate courses |

## GSC COURSE GRADING SYSTEM
### Prior to January 1983 and subsequent to September 2002:

| Grade | Grade Points | Grade | Grade Points |
|---|---|---|---|
| A | 4.00 | C | 2.00 |
| A- | 3.67 | C- | 1.67 |
| B+ | 3.33 | D+ | 1.33 |
| B | 3.00 | D | 1.00 |
| B- | 2.67 | D- | 0.67 |
| C+ | 2.33 | F | 0.00 |

| Grade | Grade Points | Outcome Achievement |
|---|---|---|
| AF | 0.00 | ADMINISTRATIVE FAILURE |
| CR | 0.00 | Acceptable in a credit/no credit activity |
| NCR | 0.00 | Unacceptable in a credit/no credit activity |
| AU | 0.00 | AUDIT |
| IC | 0.00 | INCOMPLETE COURSEWORK |
| P | 0.00 | PASS |
| W | 0.00 | WITHDRAWAL |
| IP | 0.00 | IN PROGRESS |
| AF | 0.00 | ADMINISTRATIVE FAILURE |
| CR | 0.00 | Acceptable in a credit/no credit activity |
| T or TCR | 0.00 | Transfer Credit |
| NG | 0.00 | No Grade |

### Subsequent to September 1, 1995:

| | Grade Points | |
|---|---|---|
| CR | 0.00 | Equal to C or better in credit/no credit activity |

### From January 1, 1983 through August 2002:

| Grade | Grade Points | Outcome Achievement |
|---|---|---|
| A | 4.00 | OUTSTANDING |
| AB | 3.50 | Intermediate grade |
| B | 3.00 | SUPERIOR |
| BC | 2.50 | Intermediate grade |
| C | 2.00 | ACCEPTABLE |
| CD | 1.50 | Intermediate grade |
| D | 1.00 | MARGINAL |
| F | 0.00 | UNACCEPTABLE for credit |

This Academic Transcript from Granite State College located in Concord, NH is being provided to you by Credentials Inc. Under provisions of, and subject to, the Family Educational Rights and Privacy Act of 1974, Credentials Inc. of Northfield, IL is acting on behalf of Granite State College in facilitating the delivery of academic transcripts from Granite State College to other colleges, universities and third parties using the Credentials' TranscriptsNetwork™.

Any questions regarding the validity of the information you are receiving should be directed to: Office of Registrar, Granite State College, 25 Hall Street, Concord, NH 03301, Tel: (603) 228-3000.

# Granite State College

University System of New Hampshire

SSN: *****6521    Student No: 928083038

Record of: Linda Marie Penkul
38 New Bridge Rd
Lebanon, ME 04027

Issued To: 9B47623591

Course Level: Undergraduate degree

Current Program
Bachelor of Arts
Major : Individualized Studies

Comments:
DEAN'S LIST-SUMMER - FALL
INDIVIDUALIZED STUDIES IN SOCIAL ETHICS AND
THE LAW

Degree Awarded Bachelor of Arts 30-DEC-2014
Primary Degree
Major : Individualized Studies
Inst. Honors: Summa Cum. Laude

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|-------------|------|-----|-----|---|

## TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

201004            HARVARD UNDERGRAD ADMISSIONS

| CRIT 500 | Fundamentals/Academic Writing | 4.00 | T |
|------|-----|-----|---|
| TRAN CRED | Advanced Fiction Writing | 4.00 | T |

Ehrs: 8.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

201102            US MILITARY SERVICE

| CRIM 501 | Supervision & Leadership in CJ | 3.00 | T |
|------|-----|-----|---|
| CRIM 502 | Police Operations | 3.00 | T |
| TRAN CRED | Basic Military Training | 4.00 | T |
| TRAN CRED | Advanced Military Science | 3.00 | T |
| TRAN CRED | Traffic Investigation | 3.00 | T |

Ehrs: 16.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

## INSTITUTION CREDIT:

Fall 2011
DEAN'S LIST SUMMER - FALL 2011
Individualized Studies

| ENG 500 | The Writing Process | 4.00 | A | 16.00 |
|------|-----|-----|---|-----|
| SDLR 550 | Individualized Studies Sem | 4.00 | B+ | 13.32 |
| SOC 501 | Introduction to Sociology | 4.00 | B+ | 13.32 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 42.64 GPA: 3.55

Winter 2012
Individualized Studies

*************** CONTINUED ON NEXT COLUMN ***************

---

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|-------------|------|-----|-----|---|

Institution Information continued:

| CMPL 511 | Software Tools | 4.00 | A- | 14.68 |
|------|-----|-----|---|-----|
| MGMT 501 | Intro to Public Management | 4.00 | A | 16.00 |
| POL 554 | Law and Society | 4.00 | A | 16.00 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 46.68 GPA: 3.89

Spring 2012
DEAN'S LIST SPRING 2012
Individualized Studies

| EDU 510 | Foundations of Education | 4.00 | A | 16.00 |
|------|-----|-----|---|-----|
| PSY 509 | Human Development | 4.00 | A | 16.00 |

Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 32.00 GPA: 4.00

Summer 2012
Individualized Studies

| COMM 553 | Presentational Communication | 4.00 | A | 16.00 |
|------|-----|-----|---|-----|
| SCI 520 | Introduction to Oceanography | 4.00 | A | 16.00 |

Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 32.00 GPA: 4.00

Fall 2012
DEAN'S LIST SUMMER - FALL
Individualized Studies

| ENG 600 | Expository Writing | 4.00 | A- | 14.68 |
|------|-----|-----|---|-----|
| IDIS 501 | Research Methods | 4.00 | A- | 14.68 |

Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 29.36 GPA: 3.67

Winter 2013
Individualized Studies

| HUMN 505 | Introduction to Ethics | 4.00 | A | 16.00 |
|------|-----|-----|---|-----|
| MGMT 625 | Legal & Ethical Iss in Bus Mgt | 4.00 | A | 16.00 |

Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 32.00 GPA: 4.00

Spring 2013
DEAN'S LIST WINTER - SPRING
Individualized Studies

| CRIM 607 | Constitutional Law | 4.00 | A | 16.00 |
|------|-----|-----|---|-----|
| POL 600 | The US in World Affairs (GP) | 4.00 | A | 16.00 |

*************** CONTINUED ON PAGE 2 ***************

This transcript processed and delivered by Credentials  TranscriptsNetwork


Kristin Mullaney, Registrar

TO TEST FOR AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features. Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image. When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

SSN: *****6521     Student No: 928083038

Date Issued: 28-FEB-2019

Page: 2

Record of: Linda Marie Penkul
Level: Undergraduate degree

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|

Institution Information continued:
    Ehrs: 8.00 GPA-Hrs: 8.00    QPts: 32.00 GPA: 4.00

**Summer 2013**
   Individualized Studies
| HLTC 629 | Law & Ethics fr HCare & HServs | 4.00 | A | 16.00 | |
| MGMT 607 | Human Resources and the Law | 4.00 | A | 16.00 | |

    Ehrs: 8.00 GPA-Hrs: 8.00    QPts: 32.00 GPA: 4.00

**Fall 2013**
   Individualized Studies
| POL 550 | American Governmt and Politics | 4.00 | A- | 14.68 | |
| SCI 502 | Nutrition Concpt/Controversies | 4.00 | A | 16.00 | |

    Ehrs: 8.00 GPA-Hrs: 8.00    QPts: 30.68 GPA: 3.83

**Winter 2014**
   Individualized Studies
| COMM 540 | Persuasive Communication | 4.00 | A- | 14.68 | |
| EDU 621 | Special Education Law | 4.00 | A- | 14.68 | |

    Ehrs: 8.00 GPA-Hrs: 8.00    QPts: 29.36 GPA: 3.67

**Spring 2014**
   Individualized Studies
| HUMN 504 | World Religions | 4.00 | B+ | 13.32 | |
| MATH 502 | Math for Our World | 4.00 | B | 12.00 | |

    Ehrs: 8.00 GPA-Hrs: 8.00    QPts: 25.32 GPA: 3.16

**Fall 2014**
   Individualized Studies
| IDIS 670A | Capstone: Social Ethics & Law | 4.00 | A | 16.00 | |

    Ehrs: 4.00 GPA-Hrs: 4.00    QPts: 16.00 GPA: 4.00

```
********************** TRANSCRIPT TOTALS **********************
                 Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION   100.00   100.00    380.04    3.80

TOTAL TRANSFER       24.00     0.00      0.00    0.00

OVERALL             124.00   100.00    380.04    3.80
********************** END OF TRANSCRIPT **********************
```

*Kristin Mullaney*
Kristin Mullaney, Registrar

This transcript processed and delivered by Credentials **TranscriptsNetwork**

TO TEST FOR AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features.  Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image.  When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student.  Alteration of this transcript may be a criminal offense.

# Granite State College

University System of New Hampshire

SSN: *****6521     Student No: 928083038

Date Issued: 28-FEB-2019

Page: 1

Record of: Linda Marie Penkul
38 New Bridge Rd
Lebanon, ME 04027

Issued To: 9B47623591

Course Level: Graduate degree

Current Program
Master of Science
    Major : Leadership

Degree Awarded Master of Science 31-MAR-2017
Primary Degree
    Major : Leadership

```
*********************** TRANSCRIPT TOTALS ***********************
                   Earned Hrs  GPA Hrs   Points     GPA
TOTAL INSTITUTION    30.00      30.00    116.01     3.86

TOTAL TRANSFER        0.00       0.00      0.00     0.00

OVERALL              30.00      30.00    116.01     3.86
********************** END OF TRANSCRIPT ***********************
```

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|

INSTITUTION CREDIT:

**Winter 2015**
Leadership

| LD | 820 | Cultvtg Leadershp Capabilities | 3.00 | A | 12.00 |
|----|-----|-------------------------------|------|---|-------|
| LD | 821 | Ethical Decision-Making | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 24.00 GPA: 4.00

**Spring 2015**
Leadership

| COMM | 800 | Founds Organztnl Communication | 3.00 | A | 12.00 |
|------|-----|-------------------------------|------|---|-------|
| LD | 822 | Maximizing Organztns Potential | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 24.00 GPA: 4.00

**Fall 2015**
Leadership

| LD | 823 | Emergence of Strategic Leader | 3.00 | A | 12.00 |
|----|-----|-------------------------------|------|---|-------|
| PM | 804 | Leading Teams | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 24.00 GPA: 4.00

**Winter 2016**
Leadership

| LD | 830 | Leading Public Non-Profit Org | 3.00 | A- | 11.01 |
|----|-----|-------------------------------|------|----|-------|
| PM | 810 | Change Management & Comm | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 23.01 GPA: 3.83

**Fall 2016**
Leadership

| LD | 850 | Leadership Integratve Capstone | 3.00 | A | 12.00 |
|----|-----|-------------------------------|------|---|-------|
| MGMT | 805 | Organztnl Behavior | 3.00 | B | 9.00 |

Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 21.00 GPA: 3.50
No Standing

***************** CONTINUED ON NEXT COLUMN ******************

*Kristin Mullaney*
Kristin Mullaney, Registrar

This transcript processed and delivered by Credentials' TranscriptsNetwork

CONFIDENTIAL RECORD ISSUED IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974

TO TEST FOR·AUTHENTICITY - If you vigorously rub or breathe on the Credentials security seal located in the corner of the page adjacent to the barcode, the image will fade. This document is printed on **DocuCheck** WATERMARK® security paper and contains multiple overt and covert security features. Hold the page to the light to see the translucent **DocuCheck** WATERMARK® image. When photocopied, a security statement may appear with the word VOID throughout the face of the document. If solvents & certain other chemicals are applied to this document, the paper will stain.

In accordance with USC 438 (6) (4) (8), The Family/Educational Rights and Privacy Act of 1974 (FERPA), you are hereby notified that this Official Transcript is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

00939228