Federal District Court   Washington D.C.            Docket Number:

Linda Penkul v. The Department of Education (Federal Student Aid)


Linda Penkul

(Plaintiff)


v.


The Department of Education

Federal Student Aid

(Defendant)

## Motion to Seal

LCvR 5.1 (h) Sealed or Confidential Documents

I, Linda Penkul, the Plaintiff respectfully request my case be sealed for the following reasons:

1. I am the great niece of Ulysses S. Grant. My educational goals include possibly running for office in the future.
2. I would like to maintain anonymity, so that I can complete and receive fair educational opportunities based upon my skill and expertise without privilege.
3. I have experienced political opposition in the past and I have overcome these obstacles. I would like to continue my education timeline for another five years before possibly entering into a public leadership position.

Federal District Court    Washington D.C.            Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


    My great Uncle Ulysses S. Grant held office in the 1800's, his relatives Franklin Delano Roosevelt, Theodore Roosevelt, Elenore Roosevelt and John Adams all held office well over 80 years ago. Therefore, I, the Plaintiff Linda Penkul am not Promoting my Family in Government, which would be a violation of 5 United States Code §3110 Employment of Relatives; Restrictions (Cornell Law School, 2019)

    Although I have experienced Political Obstructionism in the past beyond what I would consider reasonable, I am still willing to educate myself in the most pertinent manner necessary to become a good leader. I would like an opportunity to do so without interference. I understand my responsibility to carry my family heritage in the best possible light and to encourage other to do so as well.

The Relief Order Requested:
Please seal my case so that I can continue my studies in peace recognizing my educational records authenticity. I would like the Federal District Court in Washington D.C. to acknowledge my education in its completion and its articulation, and to compel the Untied States Department of Education to properly and to continuously monitor the reporting of my educational record in a

Federal District Court   Washington D.C.                Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


factual light and not in modified light to suit an environment of unreasonable competitiveness.

I do not want my educational records sealed. The purpose of having a good resume is to establish credibility. If more candidates focused on education as opposed to opposition research, they might be as privileged to have as good a resume as I.


Legal Citations:

Cornell Law School. (2019, March 4). *Title 5. GOVERNMENT ORGANIZATION AND EMPLOYEES Part III. EMPLOYEES Subpart B. Employment and Retention Chapter 31. AUTHORITY FOR EMPLOYMENT Subchapter I. EMPLOYMENT AUTHORITIES Section 3110. Employment of relatives; restrictions*. Retrieved from Legal Information Institute:

https://www.law.cornell.edu/uscode/text/5/3110


   Under the Pains and penalties of perjury I certify the above statements are true to the best of my knowledge and that I have served a copy of this motion, its interrogatories and exhibit to the opposing party on __3/7/3019__ via Certified U.S Postal Mail.

Federal District Court   Washington D.C.          Docket Number:

Linda Penkul v. The Department of Education(Federal Student Aid)


Thank you for considering my request.

Sincerely and Respectfully,

*Linda Penkul* 3/6/2019   3/7/2019

Linda Penkul 3/4/2019
Bachelor of Arts Degree in Social Ethics and the Law(2014)
Masters of Science Degree in Leadership with a Legal concentration(2107)
Enrolled student in The United States Department of Homeland Security's Community Emergency Response Training Certification Program(2018-2019)

38 New Bridge Rd.
Lebanon Maine, 04027