Federal District Court   Washington D.C.           Docket Number:

Linda Penkul v. The Department of Education (Federal Student Aid)

Linda Penkul

(Plaintiff)

v.

The Department of Education

Federal Student Aid

(Defendant)

Motion to Request Formal Establishment of Factual Publication of the Plaintiff's Degreed Certifications confidentially.

I the Plaintiff, Linda Penkul come before the court on March 4th 2019 to respectfully request the Court order the United States Department of Education's Federal Student Aid office to publicize on their Federal Student Aid Website, the actual facts relating to the Plaintiff's 2 legal degrees and her work-in-progress as an enrolled student in The United States Department of Homeland Security's Community Emergency Response Training Certification; CERT Program.

Jurisdiction:

The Federal Student Aid Office does not list a formal business address for process service, only a post office box.

Federal District Court   Washington D.C.                Docket Number:

Linda Penkul v. The Department of Education (Federal Student Aid)

Process service must go to a physical address (Rule 5; Federal Rules of Civil Procedure) & (Cornell Law School, 2019).

    The Plaintiff contacted the Federal Student Aid office in Kentucky on 1/16/19 via email to file a dispute concerning the information being published on the FSA website relating to her already accomplished two legal degrees, her current enrollment and the status of another past enrollment at Suffolk University that is in dispute with the Department of Education's Inspector general concerning merit scholarship funds that were promised, but never received by the applicant at the time of enrollment and registration. The total merit scholarships offered to the plaintiff per the scholarship application tool amounted to $17,000 for which the Plaintiff's amount was reduced to $6000. The only reason given at that time was "everyone only get $6000 (Financial Aid, 2017)." This was not what the school offered in writing. The Plaintiff formally disputed this amount in her complaint to the Department of Education's Inspector General in 2017. She has not received a response as of 2019.

    Further, classes for the Masters program for which she enrolled at Suffolk University in 2017 were not offered in completion at the time the school required, during the

Federal District Court     Washington D.C.            Docket Number:

Linda Penkul v. The Department of Education (Federal Student Aid)

registration period, and there were multiple technical problems not allowing the Plaintiff to complete her registration.

Exhibits attached to this email focus on the correspondence that occurred between the Plaintiff and the Federal Student Aid Ombudsman dispute personnel in February of 2019. The exhibits clearly show, Federal Student Aid services of the Department of Education did not correctly report the Plaintiff's two Legal Degrees or enrollment activities including the disputed scholarship funds, nor are they reporting her current enrollment correctly.

The Plaintiff contacted the degreeing school directly after she discovered the misprinted information and asked if the Registrar had reported the conference as it occurred in 2014 and in 2017. The school, Granite State College in Concord New Hampshire did confirm via email they had submitted all the information as it occurred when it occurred and that they have not changed that information. In an effort to provide third party verification, the Plaintiff has included in the exhibits a copy of her formal chronological transcripts from Granite State College for evidentiary purposes. The Plaintiff graduated with

Federal District Court   Washington D.C.        Docket Number:

Linda Penkul v. The Department of Education (Federal Student Aid)

Legal Citations:

Cornell Law School. (2019, March 4). *Federal Rules of Civil Procedure > TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS > Rule 5. Serving and Filing Pleadings and Other Papers*. Retrieved from Legal Information Institute:

https://www.law.cornell.edu/rules/frcp/rule_5#rule_26_a_2


Under the pains and penalties of perjury I certify I have sent a copy of this motion and its interrogatories and exhibits to the opposing party on 3/7/2019 via US First Class Certified mail return receipt.

Thank you for considering my request.

Sincerely and Respectfully,

*[signature]* 3/6/2019   3/7/2019

Linda Penkul 3/4/2019
Bachelor of Arts Degree in Social Ethics and the Law(2014)
Masters of Science Degree in Leadership with a Legal concentration(2107)
Enrolled student in The United States Department of Homeland Security's Community Emergency Response Training Certification Program(2018-2019)

38 New Bridge Rd.
Lebanon Maine, 04027