United States District Court for the District of Columbia                                    Civil Action No 19-703


Linda Penkul

      Plaintiff

v.

The Department of Education

      Defendant


Motion to Withdraw Plaintiff's Request to Seal per District Court's Order


On March 29th 2019, the United States District Court for

the District of Columbia on page 4, III Conclusion, 2nd

**ORDERED** notation

    "that the Clerk is directed not to file the

Plaintiff's Complaint until the Plaintiff submits

notice that the Motion to Seal is withdrawn and the

Plaintiff seeks to proceed with filing the

Complaint on the Public Docket."


I, the Plaintiff Linda Penkul have never been

ordered by a court to waive my rights under the law

however that may be interpreted. The "interest of the

public" is in the authenticity of a fair, unbiased, and

of 4

United States District Court for the District of
Columbia                                    Civil Action No 19-703

unprivileged education where instructors and students

are free to speak without fear of sanctioning. I have

found this is not so when students know my heritage.

However, if it is the practice of this court to

assume a student use a pseudonym in place of his or her

own name that practice is noted but it is not how the

Plaintiff wishes to continue. She values transparency

above all other processes and would like to use her own

name during her educational endeavor.

Therefore, as no other option has been offered, I

graciously "withdraw my Request to Seal" below as

directed.

> "The Plaintiff submits this Motion to Seal
>
> is withdrawn and the Plaintiff seeks to
>
> proceed with filing the Complaint on the
>
> Public Docket."

As a courtesy, I am providing to the court, a copy

of the Plaintiff's Uncle Alvah L. Grant's death

certificate whose father holds the name Edward L.

Grant; a direct descendant of Ulysses S. Grant. The

of 4

United States District Court for the District of
Columbia                        Civil Action No 19-703
rest of the genealogy record is not available to the

public. Also provided as a courtesy, a copy of the

Plaintiff's birth certificate and driver's license also

not a public record.

The Plaintiff Linda Marie Penkul is now, as of

March 2019, in the process of having a Genealogist at

the United States National Archives assist her with a

formal copy of that record. Should this case conclude

after that date, she will be happy to provide a copy to

the court.

I certify under the pains and penalties of perjury that

I have sent a copy of this motion and all of it's

attachments to the other party on 4/2/2019 via

certified U.S. Postal Mail.

Thank you for valueing my concerns as well as the

interests of the public.


Sincerely and Respectfully,

Linda Penkul          4/1/2019
38 New Bridge Rd
Lebanon Maine 04027
4/1/2019 @ 6:48 pm

United States District Court for the District of
Columbia                              Civil Action No 19-703

Bachelor of Arts Degree in Social Ethics and the Law
(2014)

Masters of Science degree in Leadership with a Legal
concentration (2017)

The United States Homeland Security's CERT; Community
Emergency Management Team Certification (2018-2019)

The Great Niece of Ulysses S. Grant



DRIVER'S
LICENSE

Matthew Dunlap, Secretary of State

2824302

1 PENKUL
2 LINDA M
8 38 NEW BRIDGE ROAD
LEBANON, ME 04027

4a ISSUED
12/14/2016
16 HGT/HEIGHT
5' 07"

4b EXPIRES
12/28/2022
17 WGT/WEIGHT
185

15 SEX
F

18 EYES
BL

9 CLASS C
12 REST B



12/28/1961

ENDORSEMENTS:
None

RESTRICTIONS: B-Corrective Lenses

LYNN HOSPITAL

LYNN, MASSACHUSETTS

# Certificate of Birth

This Certifies that _Linda Marie Penkul_ _Richard C Penkul_
was born to _Nina and_
in this Hospital at 7:55 o'clock _A._ m. on _Thursday_
the _26ᵗʰ_ day of _December_ 196_1_

In Witness Whereof the said Hospital has caused this Certificate to
be signed by its duly authorized officer, and its Official Seal to be
hereunto affixed

_John V Blaha, M.D._
ATTENDING PHYSICIAN

_Bruce A. Messina_
ADMINISTRATOR

## FAMILY HISTORY

Father's full name ___Richard  C. Penekel___

Birthplace ___Bypass  Mass___. Date ___

Mother's maiden name ___Nirva A. Gianni___

Birthplace ___Bypass  Mass___. Date ___

Residence at time child was born ___87 Cottage St. Bypass___

Sex of child ___Girl___ Weight at birth ___6___ pounds ___11___ ounces. Length ___19___ inches

*Baby's right footprint*
→

*Mother's right thumbprint*

*Baby's left footprint*
→

*Mother's left thumbprint*

*This Certificate will always be valuable in proving the date and place of your child's birth and the identity of the parents. It will be useful for proving age and identity:*

For entering school + + For beginning employment and securing working papers
For voting rights and jury duty + For proving citizenship + For military service
For obtaining passports for travel in foreign countries + For life insurance and annuities
For social security and old a e pension + And for proving right to inherit property

Official registration is at ___Bypass City Hall___

# The Commonwealth Of Massachusetts
## City Of Lynn
### Office Of The City Clerk

The following is a copy from the Records of Deaths, in said city:

Name **ALVAH LEONARD GRANT**                    Date of Death  **MAY 18, 1994**

Maiden Name  --                 Hispanic Origin  NO                    S.S. No.  024 - 12 - 9453

Age **70** Years  -  Months  -  Days  Sex  **MALE**  Race/Color  **WHITE**  Condition  **MARRIED**

If Veteran  **WWII**          Education  Elem.  12  /College  -          Fun. Dir. #  5157

Name of Spouse      **CATHERINE A. GIANNI**                    Maiden Name  ---
If married, divorced or widowed

Disease or cause of Death      ACUTE PULMONARY EDEMA. CROHN'S DISEASE. STATUS POST RIGHT
PNEUMOPYEFOMY.

Specific Place of Death    **UNION HOSPITAL, LYNN, MA**

Residence    112 DEN QUARRY RD., LYNN, MA              Occupation      YARD FOREMAN

Place of Birth (City and State or Foreign Country    NO. BROOKFIELD, MA

Name of Father    EDWARD L. GRANT              Place of Birth    MASS.

Name of Mother    FRANCES H. HOPE            Place of Birth    MASS.
Maiden Name

Type and Place of Disposition    BURIAL, PURITAN LAWN, PEABODY MA

Date of Record    MAY 23, 1994

By whom Registered    ROBERT G. FURLONG                            City Clerk

I, Janet L. Rowe, depose and say, that I hold the office of City Clerk, of the City of Lynn, in the County of Essex and Commonwealth of Massachusetts; that the Records of Births, Marriages and Deaths, in said City, are in my custody, and that the above is a true extract from the Records of Deaths in said City, as certified by me.

WITNESS my hand and the seal of the said City of Lynn,

*Janet L. Rowe*
City Clerk

this  6TH  day of  JULY,  20 18

NOTE: By a decision of the Commissioner of Pensions, December 6, 1894, the Certificates need not be sworn. The seal of a city is sufficient, without further attestation.