

proof of service