UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 26 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LINDA MARIE PENKUL,            )
                               )
          Plaintiff,           )
                               )
    v.                         )   Civil Action No.: 1:19-cv-00703 (UNA)
                               )
DEPARTMENT OF EDUCATION,       )
                               )
          Defendant.           )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion to withdraw motion to seal case [5] is **GRANTED**, and it is further

**ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* [2] is **GRANTED**, and it is further

**ORDERED** that the complaint [1] and this civil action are **DISMISSED** without prejudice, and it is further

**ORDERED** that plaintiff's motion to request formal establishment of factual publication [4] is **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: April 25, 2019

_____
United States District Judge

4