# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5157**                                   **September Term, 2019**

**1:19-cv-00703-UNA**

**Filed On: October 17, 2019** [1811334]

Linda Marie Penkul,

        Appellant

    v.

Department of Education, Federal Student
Aid,

        Appellee

## M A N D A T E

In accordance with the order of August 23, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

Link to the order filed August 23, 2019