# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5157**  September Term, 2018

1:19-cv-00703-UNA

Filed On: August 23, 2019 [1803357]

Linda Marie Penkul,

    Appellant

    v.

Department of Education, Federal Student Aid,

    Appellee

## O R D E R

By order filed May 28, 2019, appellant was ordered to file a brief and appendix by July 17, 2019. To date, no brief or appendix has been filed. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by October 7, 2019.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

       BY:    /s/
                Joseph A. D'Agostino
                Deputy Clerk